UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                       Case No. 3:24-cr-78

vs.

JOHN RABY,                                      District Judge Michael J. Newman

    Defendant.

---

**ORDER: (1) GRANTING DEFENDANT'S UNOPPOSED ORAL MOTION TO CONTINUE THE CASE FOR 60 DAYS; (2) TOLLING THE SPEEDY TRIAL ACT DEADLINE FOR 60 DAYS; (3) EXCLUDING THE TIME FROM FEBRUARY 23, 2026 TO APRIL 24, 2026 FROM THE SPEEDY TRIAL ACT CALCULATION; (4) FINDING THAT THE SPEEDY TRIAL ACT DEADLINE IS JUNE 16, 2026; (5) VACATING THE FEBRUARY 23, 2026 TRIAL DATE; AND (6) SETTING A TELEPHONE STATUS CONFERENCE ON MARCH 30, 2026 AT 2:00 P.M. FOR THE PURPOSE OF SCHEDULING A TRIAL DATE**

---

       On January 21, 2026, the Court held a telephone status conference with the parties.  AUSA Kelly Rossi appeared on behalf of the Government and attorney Jon Paul Rion appeared on behalf of Defendant.  During the status conference, Defendant, through counsel, made an unopposed oral motion to continue the case for 60 days.  For the reasons discussed during the January 21st status conference, for good cause shown, and pursuant to the requirements of the Speedy Trial Act, the Court **GRANTS** Defendant's unopposed oral motion and **TOLLS** the Speedy Trial Act deadline for 60 days.

       The Court finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), after considering the factors set forth therein, the ends of justice are served by granting a continuance and that such continuance outweighs the best interest of the public and Defendant in a speedy trial.  Failure to continue would deny both the Government and Defendant the time necessary for effective trial

preparation and the ability to explore all available means of resolving this case. *See* 18 U.S.C. § 3161(h)(7).

Consequently, the time from February 23, 2026[1] until April 24, 2026 is **EXCLUDED** in computing the time period set forth in 18 U.S.C. § 3161 within which the Government must bring Defendant to trial. Accounting for the time excluded from the Speedy Trial Act calculation, the new **Speedy Trial Act deadline** in the instant case is **June 16, 2026**.[2] The Court **VACATES** the February 23, 2026 trial date. The Court **SETS** a telephone conference on **March 30, 2026 at 2:00 P.M.** before Judge Newman for the purpose of scheduling a trial date.

To join the Zoom teleconference, counsel and participants shall call 1-646-828-7666. Three steps are then needed to log into the Zoom teleconference: 1) enter the Meeting ID: 160 363 3497 and #; 2) Press # (again) to join as a participant; and 3) enter the Passcode: 098 663 and #. If you have any difficulties joining the teleconference, please call Chambers at 937-512-1640.

**IT IS SO ORDERED.**

January 28, 2026                                               s/*Michael J. Newman*
                                                               Hon. Michael J. Newman
                                                               United States District Judge

---

[1] The Court previously tolled the Speedy Trial Act deadline through February 23, 2026. *See* Doc. No. 36.

[2] If counsel disagrees with this calculation, counsel shall file a notice containing their proposed Speedy Trial Act calculation and deadline.